■ In the Matter of CLIFTON B., a Person Alleged to be a Juvenile Delinquent, Appellant. [707 NYS2d 57] —Order of disposition, Family Court, Bronx County (Myrna Martinez-Perez, J.), entered on or about May 4, 1999, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crime of sexual abuse in the first degree, and placed him on probation for 12 months, unanimously reversed, on the law, without costs, and the petition dismissed.

There is insufficient evidence to establish that the appellant, 11 years old at the time of the incident, intended to make sexual contact with the victim. Contrary to the court's finding, it could not be inferred readily from appellant's conduct that his action was undertaken for the purpose of gratifying sexual desire (Penal Law §§ 130.65, 130.00 [3]). The circumstances of the incident, i.e., the chaotic situation of children fighting on a school bus, does not clearly establish that appellant's actions were taken for sexual gratification. Concur—Nardelli, J. P., Mazzarelli, Lerner and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY LAYTON, Appellant. [706 NYS2d 633] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered May 13, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of 1½ to 4½ years, unanimously affirmed.

The verdict was not against the weight of the evidence. We find no basis in the record to disturb the jury's determinations concerning credibility of witnesses.

Defendant's arguments with respect to the court's jury instructions are similar to those this Court rejected on the codefendant's appeal (People v Lilly, 264 AD2d 684, lv denied 94 NY2d 825), and we see no reason to reach a different result herein. Concur—Wallach, J. P., Lerner, Rubin and Buckley, JJ.